| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, state bar number, and address): | | AT-138, EJ-125 |
|---|---|---|
| Bruce K. Leigh, SBN 129753<br>Stanton, Kay & Watson LLP<br>101 New Montgomery, 5th Floor<br>San Francisco, CA 94105<br>TELEPHONE NO.: 415/512-3501   FAX NO.: 415/512-3515<br>ATTORNEY FOR (Name): Cement Masons Trust Funds | | FOR COURT USE ONLY |
| NAME OF COURT: United States District Court<br>STREET ADDRESS: Northern District of California<br>MAILING ADDRESS: 450 Golden Gate Avenue<br>CITY AND ZIP CODE: San Francisco, CA 94102<br>BRANCH NAME: San Franciscso | | **FILED**<br>SEP 0 9 2005<br>RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA |
| PLAINTIFF: Edward T. Bergo and Karl Bik for Board of Trustees of Cement Masons Trust Funds<br>DEFENDANT: Magnum Pacific, Inc., and Mark Serrano | | |
| **APPLICATION AND ORDER FOR APPEARANCE AND EXAMINATION**<br>[X] ENFORCEMENT OF JUDGMENT   [ ] ATTACHMENT (Third Person)<br>[X] Judgment Debtor   [ ] Third Person | | CASE NUMBER:<br>3:04cv1723 MMC |

**ORDER TO APPEAR FOR EXAMINATION**

1. TO (name): Mark Serrano, aka Mark O. Serrano
2. YOU ARE ORDERED TO APPEAR personally before this court, or before a referee appointed by the court, to
   a. [X] furnish information to aid in enforcement of a money judgment against you.
   b. [ ] answer concerning property of the judgment debtor in your possession or control or concerning a debt you owe the judgment debtor.
   c. [ ] answer concerning property of the defendant in your possession or control or concerning a debt you owe the defendant that is subject to attachment.

Date: **November 2, 2005**   Time: **9:30 a.m.**   Dept. or Div.: **Ctrm**   Rm.: **F - 15th Flr**
Address of court [X] shown above [ ] is:

3. This order may be served by a sheriff, marshal, registered process server, or the following specially appointed person (name):

Date: 9-9-05

_____
JUDGE OR REFEREE

**This order must be served not less than 10 days before the date set for the examination.**
**IMPORTANT NOTICES ON REVERSE**

**APPLICATION FOR ORDER TO APPEAR FOR EXAMINATION**

4. [X] Judgment creditor   [ ] Assignee of record   [ ] Plaintiff who has a right to attach order applies for an order requiring (name): Mark Serrano, aka Mark O. Serrano to appear and furnish information to aid in enforcement of the money judgment or to answer concerning property or debt.
5. The person to be examined is
   [X] the judgment debtor
   [ ] a third person (1) who has possession or control of property belonging to the judgment debtor or the defendant or (2) who owes the judgment debtor or the defendant more than $250. An affidavit supporting this application under Code of Civil Procedure section 491.110 or 708.120 is attached.
6. The person to be examined resides or has a place of business in this county or within 150 miles of the place of examination.
7. [ ] This court is **not** the court in which the money judgment is entered or (attachment only) the court that issued the writ of attachment. An affidavit supporting an application under Code of Civil Procedure section 491.150 or 708.160 is attached.
8. [ ] The judgment debtor has been examined within the past 120 days. An affidavit showing good cause for another examination is attached.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Date: August 25, 2005

Bruce K. Leigh
(TYPE OR PRINT NAME)                                    (SIGNATURE OF DECLARANT)

Form Adopted for Mandatory Use<br>Judicial Council of California<br>AT-138, EJ-125 [Rev. July 1, 2000]
(Continued on reverse)
**APPLICATION AND ORDER FOR APPEARANCE AND EXAMINATION**
(Attachment — Enforcement of Judgment)

Legal Solutions Plus
Code of Civil Procedure
§§ 491.110, 708.110, 708.120