ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, state bar number, and address):*

Bruce K. Leigh, SBN 129753
Stanton, Kay & Watson LLP
101 New Montgomery, 5th Floor

San Francisco, CA 94105
TELEPHONE NO.: 415/512-3501          FAX NO.: 415/512-3515
ATTORNEY FOR *(Name)*: Cement Masons Trust Funds

NAME OF COURT: United States District Court
STREET ADDRESS: Northern District of California
MAILING ADDRESS: 450 Golden Gate Avenue
CITY AND ZIP CODE: San Francisco, CA 94102
BRANCH NAME: San Franciscso

PLAINTIFF: Edward T. Bergo and Karl Bik for Board of
Trustees of Cement Masons Trust Funds
DEFENDANT: Magnum Pacific, Inc., and Mark Serrano

**AT-138, EJ-125**
*FOR COURT USE ONLY*

**FILED**

**SEP 0 9 2005**

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**APPLICATION AND ORDER FOR APPEARANCE AND EXAMINATION**

| X | ENFORCEMENT OF JUDGMENT | | ATTACHMENT (Third Person) |

| X | Judgment Debtor | | Third Person |

CASE NUMBER: 3:04cv1723 MMC

**ORDER TO APPEAR FOR EXAMINATION**

1. TO *(name)*: Magnum Pacific, Inc., and its President, Mark Serrano
2. YOU ARE ORDERED TO APPEAR personally before this court, or before a referee appointed by the court, to
   a. | X | furnish information to aid in enforcement of a money judgment against you.
   b. | | answer concerning property of the judgment debtor in your possession or control or concerning a debt you owe the judgment debtor.
   c. | | answer concerning property of the defendant in your possession or control or concerning a debt you owe the defendant that is subject to attachment.

Date: **November 2, 2005**     Time: **9:30 a.m.**     Dept. or Div.: **Ctrm**     Rm.: **F - 15th Flr**
Address of court | X | shown above | | is:

3. This order may be served by a sheriff, marshal, registered process server, or the following specially appointed person *(name)*:

Date: 9-9-05

JUDGE OR REFEREE

**This order must be served not less than 10 days before the date set for the examination.**
**IMPORTANT NOTICES ON REVERSE**

**APPLICATION FOR ORDER TO APPEAR FOR EXAMINATION**

4. | X | Judgment creditor     | | Assignee of record     | | Plaintiff who has a right to attach order
applies for an order requiring *(name)*: Magnum Pacific, Inc.-Mark Serrano   to appear and furnish information
to aid in enforcement of the money judgment or to answer concerning property or debt.
5. The person to be examined is
   | X | the judgment debtor
   | | a third person (1) who has possession or control of property belonging to the judgment debtor or the defendant or (2) who owes the judgment debtor or the defendant more than $250. An affidavit supporting this application under Code of Civil Procedure section 491.110 or 708.120 is attached.
6. The person to be examined resides or has a place of business in this county or within 150 miles of the place of examination.
7. | | This court is **not** the court in which the money judgment is entered or *(attachment only)* the court that issued the writ of attachment. An affidavit supporting an application under Code of Civil Procedure section 491.150 or 708.160 is attached.
8. | | The judgment debtor has been examined within the past 120 days. An affidavit showing good cause for another examination is attached.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Date: August 25, 2005

Bruce K. Leigh
_____
(TYPE OR PRINT NAME)                              ▶                    (SIGNATURE OF DECLARANT)

Form Adopted for Mandatory Use
Judicial Council of California
AT-138, EJ-125 [Rev. July 1, 2000]

*(Continued on reverse)*
**APPLICATION AND ORDER
FOR APPEARANCE AND EXAMINATION**
(Attachment — Enforcement of Judgment)

Legal
Solutions
Plus

Code of Civil Procedure
§§ 491.110, 708.110, 708.120